IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBY TATUM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 22-cv-1542-DWD |
| | ) |
| DAWAN RIGHTNOWAR, | ) |
| | ) |
| Respondent. | ) |

ORDER TRANSFERRING CASE

**DUGAN, District Judge:**

Petitioner Bobby Tatum, an inmate in the custody of the Illinois Department of Corrections ("IDOC") currently incarcerated at Shawnee Correctional Center, brings this habeas corpus action pursuant to 28 U.S.C. § 2254 to challenge the constitutionality of his conviction in Champaign County, Illinois. Tatum was convicted after a jury trial for aggravated battery of a child and sentenced to a 24-year term of imprisonment in *People of the State of Illinois v. Bobby Tatum*, Case No. 07-CF-968 (Champaign County, Illinois) (Doc. 1).

Tatum was convicted and sentenced in Champaign County, Illinois, which is situated in the federal judicial district for the Central District of Illinois. 28 U.S.C. § 93(b). He is currently confined in this District at Shawnee Correctional Center. 28 U.S.C. § 93(c). Both this Court and the Central District of Illinois have jurisdiction over this action. 28 U.S.C. § 2241(d). However, the Court finds that the Central District is a more convenient forum for the hearing and determination of this habeas corpus action, particularly

1

because the records of Tatum's criminal conviction may be found there, as may most of the participants in that case. Thus, the Court finds it appropriate to transfer this matter to the Central District of Illinois.

Tatum has also filed motions for leave to proceed in forma pauperis (Doc. 3), and for the appointment of counsel (Doc. 2). However, because the Court finds that transfer is appropriate, the Court declines to rule on these motions so that the Central District may address them as it chooses.

Pursuant to 28 U.S.C. § 2241(d) and 28 U.S.C. § 1404(a), and on the Court's own motion, **IT IS ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Central District of Illinois for such further proceedings as the Court may deem necessary.

**SO ORDERED.**

Dated: August 9, 2022

_____
DAVID W. DUGAN
United States District Judge